AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

**FILED**

November 17, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| United States of America | )      |
|---|---|
| v. | )   Case No. |
| Joshua Fernando Gonzalez | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

BY: _____ Fidel Morales _____

DEPUTY

**EP:25-M-06343-MAT**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  November 6, 2024 - April 14, 2025  in the county of  El Paso  in the

Western  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252(a)(2) | Distribution of Child Pornography |

This criminal complaint is based on these facts:

See attached Probable Cause Statement. Hereby incorporated by reference as if fully restated herein.

☑ Continued on the attached sheet.

Complaint sworn to telephonically on
_November 17, 2025_ at _02:00 PM_ and signed
electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

_____
*Complainant's signature*

Sean Menezes, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _11/17/2025_

_____
*Judge's signature*

City and state:  El Paso, Texas

Miguel A. Torres, U.S. Magistrate Judge
*Printed name and title*

Print    Save As...    Attach    Reset

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Sean Menezes, hereinafter "Affiant," being duly sworn do hereby depose and state:

1. Affiant is a Special Agent of the Federal Bureau of Investigation (FBI) and has been so since October 25, 2021. Affiant is currently assigned to the FBI El Paso Field Office Child Exploitation and Human Trafficking Task Force. During Affiant's employment with the FBI, Affiant has received five months of academic and practical training at the FBI Academy in handling criminal investigations. Prior to beginning service with the FBI, Affiant was employed as a Police Officer with the Austin Police Department, Austin, Texas, for approximately two years during which time Affiant conducted multiple criminal investigations. Some of Affiant's duties as a Police Officer included interviewing witnesses, subjects, and victims; collecting other agencies' reports as supportive documentation; collecting and packaging evidence; and maintaining chain of custody. As part of Affiant's duties and responsibilities as an FBI Special Agent, Affiant is authorized to investigate crimes involving the sexual exploitation of children in violation of 18 U.S.C. §§ 2252(a)(2) (Receipt or Distribution of Child Pornography).

2. The information contained herein is based upon Affiant's own investigation, experience, and background as a Special Agent as well as information supplied by other law enforcement officers. Affiant has not included all facts known concerning this matter, but only facts necessary to set forth probable cause.

3. The National Center for Missing and Exploited Children (NCMEC) was established in 1984 as an organization to provide services nationwide for professionals and families in the prevention of abducted, endangered, and sexually exploited children. Pursuant to its mission and its congressional mandates (see 42 U.S.C. §§ 5771 et seq.; 42 U.S.C. § 11606; 22 C.F.R. § 94.6), NCMEC serves as a clearinghouse of information about missing and exploited children. A CyberTipline Report is a report that is generated by NCMEC from complaints received from either Internet users or Internet service providers. Once a complaint is received by NCMEC and issued a CyberTipline Report number, a preliminary investigation is conducted by members of NCMEC to determine a location where the offense has occurred. Once a location is determined, it is forwarded to an Internet Crimes Against Children (ICAC) Task Force in that area for investigation.

4. On September 8, 2025, Affiant was assigned six (6) NCMEC CyberTipline Reports by the Texas Attorney General's Office. These CyberTipline Reports, which are numbered #202397428, #203015248, #203806904, #206804224, #207878756, and #209319475, report various Kik Messenger screen names, all registered under email address onlyphxws92@gmail.com, distributing child sexual abuse material (CSAM) files on Kik Messenger. The associated Kik Messenger screen names are "jst4fun623", "DaniVfun915", "jstagrl4fun", "just4fundani", "Dani4fun623", and "lilsisandmom3". CyberTipline Report #202397428, the oldest report, provides an incident date and time of November 6, 2024, at 7:41:55 Universal Time Coordinated (UTC), and CyberTipline

Report #209319475, the most recent report, provides an incident date and time of April 14, 2025, at 1:49:13 UTC.

5. Furthermore, device(s) associated to these screen names accessed the Internet from Internet Protocol (IP) addresses 35.146.132.156 and 35.146.132.137. A query of these IP addresses through publicly available databases showed both IP addresses registered to Charter Communications and resolved to El Paso, Texas.

6. In addition to these CyberTipline Reports, NCMEC provided approximately ninety-seven (97) files, comprised of videos and images that were identified as possible CSAM, that were distributed by these screen names on Kik Messenger. Affiant reviewed these files and believed multiple videos and images, based on Affiant's training and experience investigating crimes against children, to be CSAM. The below is a summary of four files as observed by Affiant:

   a. A video reported under CyberTipline Report #202397428 and saved under file name "3f01eba4a18d9415721a37d98ae2c10f.mp4", that is approximately one minute and thirty seconds long, that depicts, what appears to be, a pre-pubescent female wearing a long-sleeved pink and white shirt and standing in front of, what appears to be, a male standing with his erect penis exposed. The pre-pubescent female's face is nearly level with the male's erect penis. The male places his hands on the pre-pubescent female's head and forces his penis in and out of the pre-pubescent female's mouth.

   b. A video also reported under CyberTipline Report #202397428 and saved under file name "6352e65f76432fb18e2d385e838f62dc.mp4", that is approximately one minute and two seconds long, that depicts, what appears to be, a pre-pubescent female who is fully nude and laying on her back on, what appears to be, a rug. Her right hand is placed under her head and her left hand is placed on her chest near her neck. The pre-pubescent female's legs are draped over the thighs of, what appears to be, a male, who is also nude, and kneeling in a manner in which he is thrusting his erect penis into the pre-pubescent female's vagina.

   c. A video also reported under CyberTipline Report #202397428 and saved under file name "a7e0f90693b082d9b58149df3bb5c2fd.mp4", that is approximately twenty-two seconds long, that depicts, what appears to be, a pre-pubescent female laying back on her elbows on a table. The pre-pubescent female's skirt is raised, and her legs are spread, exposing her vagina. Visible in the video is, what appears to be, a hand forcibly inserting a finger into the pre-pubescent female's vagina.

   d. A video also reported under CyberTipline Report #202397428 and saved under file name "6218a34c51eda9616e0a34ea9fdd3f5a.mp4", that is approximately nine seconds long, that depicts, what appears to be, a pre-pubescent female, who is fully nude inside, what appears to be, a bathtub with water present. The pre-pubescent female is postured with her stomach down, supported on her hands, with, what appears to be, an erect penis in her mouth. The pre-pubescent female moves her body back and forth in the bathtub, causing the penis to insert and extract inside her mouth.

7. On September 19, 2025, Charter Communications, LLC, provided administrative subpoena returns for Internet Protocol (IP) addresses 35.146.132.72 (on March 31, 2025, at 12:47:19 UTC) and 35.146.132.156 (on December 16, 2024, at 5:22:00 UTC). IP address 35.146.132.72 was associated to CyberTipline Report #209319475 and IP

address 35.146.132.156 was associated to CyberTipline Report #203806904. Subpoena returns for both IP addresses showed "Joshua Gonzalez" as the subscriber and a residence on North Yarbrough Drive, in El Paso, Texas, which is located in the Western District of Texas, as the service address.

8. A query of this residence through paid databases showed Joshua Fernando Gonzalez, born in 1990, to be a resident. Furthermore, a photograph of Joshua Fernando Gonzalez provided by the Texas Department of Motor Vehicles was obtained. Further database queries showed law enforcement contacts in Arizona and Texas for Joshua Fernando Gonzalez concerning domestic violence contacts involving potential possession or access to firearms, custodial issues involving children, and an order of protection.

9. On September 23, 2025, a physical surveillance was conducted of the residence identified as belonging to Joshua Fernando Gonzalez. The surveillance was conducted by FBI Special Agents, including Affiant. Special Agents observed an older Hispanic female, two toddler-aged children, and a Hispanic male matching the description of Joshua Fernando Gonzalez exiting the alcove where the residence was located.

10. On September 26, 2025, Google, LLC, provided administrative subpoena returns for email address onlyphxws92@gmail.com. Subpoena returns showed "Rob Lopez" as the subscriber and email address Texaz3@gmail.com as the recovery email address.

11. On October 3, 2025, Google, LLC, provided administrative subpoena returns for email address Texaz3@gmail.com. Subpoena returns showed "Joshua Gonzalez", with the same date of birth as the Joshua Fernando Gonzalez mentioned previously in this statement, as the subscriber.

12. On November 14, 2025, FBI El Paso Division Special Agents, including Affiant, executed a search warrant at the residence and encountered Joshua Fernando Gonzalez (herein after "Gonzalez"), his mother, his two brothers, his five-year-old nephew, and his four-year-old niece inside the residence.

13. Gonzalez conducted an audio-recorded interview with Affiant and a second law enforcement officer. After being advised of the identities of the interviewing law enforcement officers and acknowledging that he understood his Miranda rights, Gonzalez affirmed that he had created and used email address onlyphxws92@gmail.com and created Kik Messenger accounts under screen names "jst4fun623", "DaniVfun915", "jstagrl4fun", "just4fundani", "Dani4fun3", and "lilsisandmom3". Furthermore, Gonzalez stated he located and shared CSAM files in Kik Messenger "public group chats". Furthermore, Gonzalez stated he would access Kik Messenger at night and while alone inside the residence and was aware that all members of a Kik Messenger group chat (of which he had membership in) would be able to view the CSAM content that he shared. Gonzalez further affirmed that the CSAM content that he shared featured images and videos of children having sexual intercourse with adults and other children. Gonzalez stated that he distributed CSAM on Kik Messenger for a "couple years" and estimated he had shared between fifty (50) and one hundred (100) CSAM files.

14. Gonzalez stated that he had lived at the residence since July 2024. CyberTipline Report #202397428, the oldest report, provides an incident date and time of November 6, 2024, at 7:41:55 Universal Time Coordinated (UTC), and CyberTipline Report #209319475, the most recent report, provides an incident date and time of April 14, 2025, at 1:49:13 UTC.

15. The use of Kik Messenger, to include sending files within the application, requires use of the Internet, a facility of interstate and foreign commerce.
16. There is reason to believe, and your Affiant does believe, there is probable cause that **Joshua Fernando Gonzalez**, while using a facility of interstate and foreign commerce, did receive and distribute child pornography in violation of Title 18 U.S.C. §§ 2252(a)(2) (Distribution of Child Pornography).

_____
Special Agent Sean Menezes
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO BEFORE ME ON November ____, 2025.

_____
MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE